RECEIVED
IN LAKE CHARLES, LA
JUN 1 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RHONDA GALLAWAY, ET AL** | : | **DOCKET NO. 03-113** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **EMPIRE FIRE & MARINE INSURANCE COMPANY, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM RULING

Before the Court is a "Motion for Summary Judgment" (doc. #140) filed by defendant, Snyder Industries, Inc. ("Snyder") wherein the mover seeks to have the claims asserted against it by plaintiff, Mary Medlin, dismissed on the basis that there is no genuine issue of material fact. Snyder adopts in their entirety the facts and legal arguments made by Afton Newman and Univar USA, Inc. in their motions for summary judgment and memoranda.[1] For the following reasons, the motion will be granted.

## FACTUAL STATEMENT

A factual statement was made in the Memorandum Ruling dated April 20, 2007[2] and will not be restated herein. Ms. Medlin has alleged that Snyder is the manufacturer and/or distributor of the totes which contained the hydrochloric acid ("HCL") that was the subject of the alleged incident.[3]

---

[1] See documents #108 and 111.

[2] See document #136.

[3] Plaintiff Mary Medlin's Third Supplemental and Amending Complaint, ¶¶ 1B and 2B (doc. #99).

## LAW AND ANALYSIS

In this Court's previous Memorandum Ruling and Judgment dated April 20, 2007,[4] we held that Plaintiffs had failed to submit any evidence other than their own self-serving testimony that they were exposed to harmful levels of HCL. Based on that determination we granted the motions for summary judgment filed by defendants, Afton Newman and Univar, USA, Inc. and dismissed all of Plaintiffs' claims against these defendants because Plaintiffs failed to establish an essential of their claim – causation. Snyder maintains that because the issue of causation applies equally to all of the defendants, and for the same reasons previously set forth by the Court, all the claims asserted against it by Mary Medlin should be dismissed. The court agrees and will dismiss said claims against defendant, Snyder Industries, Inc.

## CONCLUSION

Based on the foregoing, the motion for summary judgment filed by Snyder Industries, Inc. will be granted dismissing all claims against this defendant.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of June, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[4] Documents #136 and 137.