RECEIVED
IN LAKE CHARLES, LA
JUN 13 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RHONDA GALLAWAY, ET AL | : | DOCKET NO. 03-113 |
| VS. | : | JUDGE TRIMBLE |
| EMPIRE FIRE & MARINE INSURANCE COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #140) filed by defendant Snyder Industries, Inc. is hereby **GRANTED** dismissing with prejudice all claims asserted against it by Plaintiff, Mary Medlin. All costs herein are assessed against Plaintiff, Mary Medlin.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of June, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE